# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: U.S. Chamber of Commerce, et al vs. Federal Trade Commission

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3388 for the following party(s): (please specify)

Truth In Advertising, Inc.

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: P. Renée Wicklund  s/: P. Renée Wicklund

Firm Name: RICHMAN LAW & POLICY

Business Address: 535 Mission St.

City/State/Zip: San Francisco, CA 94105

Telephone Number (Area Code): (415) 259-5688

Email Address: rwicklund@richmanlawpolicy.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 3/28/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Gabriel N. Castro and Melanie Mignucci
COLUMBIA UNIVERSITY
Appellate Litigation Clinic
435 W. 116th Street
New York, NY 10027